NAT BILL REALTY CO., INC., Appellant, v. HELEN D. FELS et al., Respondents.— *Per Curiam.*

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum *Per Curiam.*